

# PAYMENT APPLICATION APPROVAL

| | |
|---|---|
| Date: | August 30, 2011 |
| To: | Mr. Jaime López, Executive Director PRCCDA |
| Project Description: | Pier #7 & #8 Marine and Upland Improvements |
| Contractor: | Q.B. Construction, Inc |
| Payment Application No. | 3 |
| Amount: | $280,092.74 |

---

On May 19, 2011 Q.B. Construction and FC San Juan Waterfront, LLC (agent for PRCCDA) entered into an Agreement for Construction Services at Piers #7 & #8.

CSA Architects & Engineers, LLP, act as architect for FC San Juan Waterfront, LLC under such agreement.

Miguel A. Bonilla, Inc. act as inspector for FC San Juan Waterfront, LLC under such agreement.

We hereby certify that Invoice No.3 of Q.B Construction, Inc. for $280,092.74 is true and correct and that the materials and/or services were rendered in accordance with the contract.

Luis Javier Rivera
Name
Architect of Record
CSA Architects & Engineers, LLP

Signature: _[signed]_  Date: 15 SEP 2011

Enrique Lazaro Leon
Name
Architect for Construction
Observation Services
CSA Architects & Engineers, LLP

Signature: _[signed]_  Date: Sept. 15, 2011

Miguel A. Bonilla
Name
Inspector
Miguel A. Bonilla, Inc

Signature: _[signed]_  Date: Sept 16, 2011

Payment Application Approval
Invoice No. 3 – QB Construction, Inc
Pier #7 & #8 Marine and Upland Improvements

Approved by:

Thomas G. Archer       _Thomas G. Archer_       9-13-11
Name                   Signature                Date

FC San Juan Waterfront, LLC

APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached. In the tabulations below, amounts are stated to the nearest dollar. Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 3
APPLICATION DATE: 31-Aug-11
PERIOD TO: 31-Aug-11
PROJECT NO:

Base Contract - Bahia Urbana Sidewalk and Pier Improvements to Pier 7 & 8

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE |

Summary

**15 Concrete Wheelstops and Site Furnishings**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Concrete Wheelstops, 10/20CS501 | $ 1,155.00 | $ - | $ - | $ - | $ - | 0% | $ 1,155.00 | $ - |
| | Mkd 1 Illuminated Concrete Bench Custom, 2/20CS501 | $ 8,000.00 | $ - | $ - | $ - | $ - | 0% | $ 8,000.00 | $ - |
| | Mkd 2 Double Kajen Bench (w/ Arms & Footrest) by Nola for High Tower - Stl Frame FSC Certified IPE Wood - Color Natural, 20AS100 | $ 13,478.00 | $ - | $ - | $ - | $ - | 0% | $ 13,478.00 | $ - |
| | Mkd 3 Double Kajen Bench (No Footrest) by Nola for High Tower - Stl Frame FSC Certified IPE Wood - Color Natural, 20AS100 | $ 19,470.00 | $ - | $ - | $ - | $ - | 0% | $ 19,470.00 | $ - |
| | Mkd 4 Platform Bench Custom - Polystone, GFRC or Concrete - Color Custom Mix, 20AS100 | $ 9,735.00 | $ - | $ - | $ - | $ - | 0% | $ 9,735.00 | $ - |
| | Mkd 5 Calla Lounge Chair by Stoneyard GFRC- Color Custom Match, 20AS100 | $ 20,988.00 | $ - | $ - | $ - | $ - | 0% | $ 20,988.00 | $ - |
| | Mkd 6 Calla Side Table by Stoneyard GFRC- Color Custom Match, 20AS100 | $ 7,404.00 | $ - | $ - | $ - | $ - | 0% | $ 7,404.00 | $ - |
| | Mkd 7 Planter (M100) by Atelier Vierkant Aluminum - Color Podwecoat, 20AS100 | $ 2,425.00 | $ - | $ - | $ - | $ - | 0% | $ 2,425.00 | $ - |
| | Mkd 8 Planter (UE80) by Atelier Vierkant Fired Clay, 20AS100 | $ 12,552.00 | $ - | $ - | $ - | $ - | 0% | $ 12,552.00 | $ - |
| | Mkd 9 Dune DS-TR Trash by Kornegay Design Precast Concrete, Spun Alum Top w/ Clear Powder coat - Color Nat Gray, 20AS100 | $ 56,925.00 | $ - | $ - | $ - | $ - | 0% | $ 56,925.00 | $ - |
| | SUBTOTAL WHEELSTOPS & SITE FURNISHINGS: | $ 152,132.00 | $ - | $ - | $ - | $ - | 0% | $ 152,132.00 | $ - |

**16 Traffic Signs, Chain Link Fence, Concrete Barrier and Plastic Drums**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pier 8 -Sign W20-1 Carretera en Construcción Adelante 36"x36", 10MT102 | $ 338.00 | $ - | $ 338.00 | $ - | $ 338.00 | 100% | $ - | $ 33.80 |
| | Pier 8 -Sign W20-1 Carretera en Construcción 60 mts. 36"x36", 10MT102 | $ 338.00 | $ - | $ 338.00 | $ - | $ 338.00 | 100% | $ - | $ 33.80 |
| | Pier 8 -Sign W20-1 Carretera en Construcción 30 mts. 36"x36" | $ 338.00 | $ - | $ 338.00 | $ - | $ 338.00 | 100% | $ - | $ 33.80 |
| | Pier 8 -Sign G20-2 Termina Construcción 50"x20" | $ 444.00 | $ - | $ 444.00 | $ - | $ 444.00 | 100% | $ - | $ 44.40 |
| | Pier 8 -Sign R9-11A(L) Acera Cerrada Cruce Aqui 24"x12" | $ 96.00 | $ - | $ 96.00 | $ - | $ 96.00 | 100% | $ - | $ 9.60 |
| | Pier 8 -Sign R9-11A(R) Acera Cerrada Cruce Aqui 24"x12" | $ 99.00 | $ - | $ 99.00 | $ - | $ 99.00 | 100% | $ - | $ 9.90 |
| | Pier 8 -Sign W11-2 W16-9p Adelante 30"x30" 24"x12" | $ 162.00 | $ - | $ 162.00 | $ - | $ 162.00 | 100% | $ - | $ 16.20 |
| | Pier 8 -Sign W11-2 W16-7p (L) Adelante 30"x30" 24"x12" | $ 96.00 | $ - | $ 96.00 | $ - | $ 96.00 | 100% | $ - | $ 9.60 |
| | Pier 8-Sign R9-9 Acera Cerrada 24"x12" | $ 96.00 | $ - | $ 96.00 | $ - | $ 96.00 | 100% | $ - | $ 9.60 |
| | Pier 8-Sign R9-11A(R) Acera Cerrada Cruce Aqui 24"x12" | $ 1,718.00 | $ - | $ - | $ - | $ - | 0% | $ 1,718.00 | $ - |
| | Pier 8- Retroreflective Plastic Drums or Concrete Barriers | $ - | $ 10,070.00 | $ 5,030.00 | $ - | $ 15,900.00 | 79% | $ 4,240.00 | $ 1,590.00 |
| | Pier 8- 4"H Chain Link Fence Mounted on Temporary Conc Traffic Barriers, 20MT102 | $ 20,140.00 | | | | | | | | |

APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached. In the tabulations below, amounts are stated to the nearest dollar. Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 3
APPLICATION DATE: 31-Aug-11
PERIOD TO: 31-Aug-11
PROJECT NO:

Base Contract - Bahia Urbana Sidewalk and Pier Improvements to Pier 7 & 8

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | **Summary** | | | | | | | | |
| | Flashing Arrow Panel | $ 2,950.00 | $ - | $ - | $ - | $ - | 0% | $ 2,950.00 | $ - |
| | Pier 8 - Sign W4-2(R) 36"x36" 40"x12", 20MT103 Phase 2 | $ 205.00 | $ - | $ - | $ - | $ - | 0% | $ 205.00 | $ - |
| | Pier 8 - Sign W4-2(L) 36"x36" 40"x12", 20MT103 Phase 3 | $ 410.00 | $ - | $ - | $ - | $ - | 0% | $ 410.00 | $ - |
| | Pier 8 - Sign W20-5 Carril Derecho Cerrado 30 mts 36"x36", 20MT103 Phase 2 | $ 169.00 | $ - | $ - | $ - | $ - | 0% | $ 169.00 | $ - |
| | Pier 8 - Sign W20-5 Carril Izquierdo Cerrado 30 mts 36"x36", 20MT103 Phase 3 | $ 338.00 | $ - | $ - | $ - | $ - | 0% | $ 338.00 | $ - |
| | Pier 8 - Sign W20-5 Carril Derecho Cerrado 60 mts 36"x36", 20MT103 Phase 2 | $ 169.00 | $ - | $ - | $ - | $ - | 0% | $ 169.00 | $ - |
| | Pier 8 - Sign W20-5 Carril Izquierdo Cerrado 60 mts 36"x36", 20MT103 Phase 3 | $ 338.00 | $ - | $ - | $ - | $ - | 0% | $ 338.00 | $ - |
| | Pier 8 - Sign R7-8 Estacionamiento Reservado 18"x18", 20CP105 | $ 198.00 | $ - | $ - | $ - | $ - | 0% | $ 198.00 | $ - |
| | | $ 280.00 | $ - | $ - | $ - | $ - | 0% | $ 280.00 | $ - |
| | Pier 8 - Sign R1-1 Pare 30"x30", 20CP105 | $ 400.00 | $ - | $ - | $ - | $ - | 0% | $ 400.00 | $ - |
| | Handicapped Parking Spaces | | | | | | | | |
| | Pier 8 - 4"H Chain Link Fence Mounted on Temporary Conc Traffic Barriers, 20MT102 | $ 15,160.00 | $ - | $ 10,660.00 | $ - | $ 10,660.00 | 70% | $ 4,500.00 | 1,066.00 |
| | **SUBTOTAL TRAFFIC SIGNS, FENCE:** | $ 44,482.00 | $ 10,070.00 | $ 18,497.00 | $ - | $ 28,567.00 | 64% | $ 15,915.00 | 2,856.70 |
| 17 | **Landscaping** | | | | | | | | |
| | Landscaping | $ 130,463.00 | $ - | $ - | $ - | $ - | 0% | $ 130,463.00 | $ - |
| | **SUBTOTAL LANDSCAPING:** | $ 130,463.00 | $ - | $ - | $ - | $ - | 0% | $ 130,463.00 | $ - |
| 18 | **Irrigation** | | | | | | | | |
| | Irrigation (ALLOWANCE) | $ 52,000.00 | $ - | $ - | $ - | $ - | 0% | $ 52,000.00 | $ - |
| | **SUBTOTAL IRRIGATION:** | $ 52,000.00 | $ - | $ - | $ - | $ - | 0% | $ 52,000.00 | $ - |
| 19 | **Garden Pylon** | | | | | | | | |
| | Garden Pylon (ALLOWANCE) | $ 168,000.00 | $ - | $ - | $ - | $ - | 0% | $ 168,000.00 | $ - |
| | Concrete Foundation | $ 5,517.00 | $ - | $ - | $ - | $ - | 0% | $ 5,517.00 | $ - |
| | Anchor Bolts | $ 1,680.00 | $ - | $ - | $ - | $ - | 0% | $ 1,680.00 | $ - |
| | **SUBTOTAL GARDEN PYLON:** | $ 175,197.00 | $ - | $ - | $ - | $ - | 0% | $ 175,197.00 | $ - |



# PAYMENT APPLICATION APPROVAL

Date: October 3, 2011
To: Mr. Jaime López, Executive Director PRCCDA
Project Description: Pier #7 & #8 Marine and Upland Improvements
Contractor: Q.B. Construction, Inc
Payment Application No. 4
Amount: $267,923.61

On May 19, 2011 Q.B. Construction and FC San Juan Waterfront, LLC (agent for PRCCDA) entered into an Agreement for Construction Services at Piers #7 & #8.

CSA Architects & Engineers, LLP, act as architect for FC San Juan Waterfront, LLC under such agreement.

Miguel A. Bonilla, Inc. act as inspector for FC San Juan Waterfront, LLC under such agreement.

We hereby certify that Invoice No.4 of Q.B Construction, Inc. for $267,923.61 is true and correct and that the materials and/or services were rendered in accordance with the contract.

Luis Javier Rivera
Name
Architect of Record
CSA Architects & Engineers, LLP

Enrique Lazaro Leon
Name
Architect for Construction
Observation Services
CSA Architects & Engineers, LLP

Miguel A. Bonilla
Name
Inspector
Miguel A. Bonilla, Inc

Payment Application Approval
Invoice No. 4 – QB Construction, Inc
Pier #7 & #8 Marine and Upland Improvements

Approved by:

| Thomas G. Archer | *[signature]* | 10/4/11 |
|---|---|---|
| Name | Signature | Date |

FC San Juan Waterfront, LLC

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702 — PAGE 1 of 1

TO CONSULTANT:
FC SAN JUAN WATERFRONT, LLC
1615 L Street, NW Suite 400
Washington, DC 20004

FROM CONTRACTOR:
QB CONSTRUCTION, INC.
PO Box 362066
San Juan, P.R. 00936

PROJECT: BAHIA URBANA - Sidewalks and Pier Improvements to Pier 7 & 8

APPLICATION NO: 4
APPLICATION DATE: 28-Sep-11
PERIOD TO: 30-Sep-11
PROJECT NO: 1064 AA

Distribution to:
[X] CONSULTANT
[ ] ARCHITECT
[X] CONTRACTOR
[X] CONSULTANT

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---:|
| 1. ORIGINAL CONTRACT SUM | $13,110,250.00 |
| 2. Net change by Change Orders # 1 | $19,912.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $13,130,162.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $1,325,796.81 |
| 5. RETAINAGE: | |
| a. 10% of Completed Work (Column D + E on G703) | $132,579.68 |
| b. 10% of Stored Material (Column F on G703) | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $132,579.68 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $1,193,217.12 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $925,293.51 |
| 8. CURRENT PAYMENT DUE | $267,923.61 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $11,936,944.88 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---:|---:|
| Total changes approved in previous months by Design-Builder | $14,913.00 | $0.00 |
| Total approved this Month | $5,000.00 | $0.00 |
| TOTALS | $19,913.00 | $0.00 |
| NET CHANGES by Change Order | $19,913.00 | |

We certify under penalty of nullity that no public servant of the Authority is a party to or will derive or obtain, or has derived or obtained, any benefit or profit of any kind from the contractual relationship which is the basis of this invoice. If such benefit or profit exists, the required waiver has been obtained prior to entering into the Agreement. The only consideration to be received in exchange for the delivery of goods or for services provided under the Agreement is the agreed-upon price that has been negotiated with an authorized representative from the Authority. The total amount shown on this invoice is true and correct. The products have been delivered, the services have been rendered and no payment has been previously received.

CONTRACTOR: QB CONSTRUCTION, INC.

By: EDGARDO M. VELEZ    Date: Sep/28/2011

State of Puerto Rico
Subscribed and sworn before me this 28 day of Sep, 2011
Notary Public:
My commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Consultant certifies to the Contractor that to the best of the Consultant's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......... $267,923.61

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

CONSULTANT: FC SAN JUAN WATERFRONT, LLC

By: JON T. GREEN    Date: 10/03/2011

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without Prejudice to any rights of the Consultant or Contractor under this Contract.

AIA DOCUMENT G702 - APPLICATION AND CERTIFICATION FOR PAYMENT - 1992 EDITION - AIA - ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.
Page 1 of 16

# CONTINUATION SHEET

APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached. In the tabulations below, amounts are stated to the nearest dollar. Use Column I on Contracts where variable retainage for line items may apply.

Base Contract - Bahia Urbana Sidewalk and Pier Improvements to Pier 7 & 8

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | Summary | | | | | | | | |
| 15 | **Concrete Wheelstops and Site Furnishings** | | | | | | | | |
| | Concrete Wheelstops, 10/20CS501 | $ 1,155.00 | $ - | $ - | $ - | $ - | 0% | $ 1,155.00 | $ - |
| | Mkd 1 Illuminated Concrete Bench Custom, 2/20AS501 | $ 8,000.00 | $ - | $ - | $ - | $ - | 0% | $ 8,000.00 | $ - |
| | Mkd 2 Double Kajen Bench (w/ Arms & Footrest) by Nola for High Tower - Stl Frame FSC Certified IPE Wood - Color Natural, 20AS100 | $ 13,478.00 | $ - | $ - | $ - | $ - | 0% | $ 13,478.00 | $ - |
| | Mkd 3 Double Kajen Bench (No Footrest) by Nola for High Tower - Stl Frame FSC Certified IPE Wood - Color Natural, 20AS100 | $ 19,470.00 | $ - | $ - | $ - | $ - | 0% | $ 19,470.00 | $ - |
| | Mkd 4 Platform Bench Custom - Polystone, GFRC or Concrete - Color Custom Mix, 20AS100 | $ 8,735.00 | $ - | $ - | $ - | $ - | 0% | $ 8,735.00 | $ - |
| | Mkd 5 Calla Lounge Chair by Stoneyard GFRC- Color Custom Match, 20AS100 | $ 20,868.00 | $ - | $ - | $ - | $ - | 0% | $ 20,868.00 | $ - |
| | Mkd 6 Calla Side Table by Stoneyard GFRC- Color Custom Match, 20AS100 | $ 7,404.00 | $ - | $ - | $ - | $ - | 0% | $ 7,404.00 | $ - |
| | Mkd 7 Planter (M100) by Atelier Vierkant Aluminum - Color Podwecoat, 20AS100 | $ 2,425.00 | $ - | $ - | $ - | $ - | 0% | $ 2,425.00 | $ - |
| | Mkd 8 Planter (UE80) by Atelier Vierkant Fired Clay, 20AS100 | $ 12,652.00 | $ - | $ - | $ - | $ - | 0% | $ 12,652.00 | $ - |
| | Mkd 9 Dune DS-TR Trash by Komegay Design Precast Concrete, Spun Alum Top w/ Clear Powder coat - Color Nat Gray, 20AS100 | $ 58,925.00 | $ - | $ - | $ - | $ - | 0% | $ 58,925.00 | $ - |
| | **SUBTOTAL WHEELSTOPS & SITE FURNISHINGS:** | $ 152,132.00 | $ - | $ - | $ - | $ - | 0% | $ 152,132.00 | $ - |
| 16 | **Traffic Signs, Chain Link Fence over Concrete Barrier and Plastic Drums** | | | | | | | | |
| | Pier 8 -Sign W20-1 Carretera en Construccion Adelante 36"x36", 10MT102 | $ 338.00 | $ 338.00 | $ - | $ - | $ 338.00 | 100% | $ - | 33.80 |
| | Pier 8 -Sign W20-1 Carretera en Construccion 60 mts. 36"x36", 10MT102 | $ 338.00 | $ 338.00 | $ - | $ - | $ 338.00 | 100% | $ - | 33.80 |
| | Pier 8 -Sign W20-1 Carretera en Construccion 30 mts. 36"x36" | $ 338.00 | $ 338.00 | $ - | $ - | $ 338.00 | 100% | $ - | 33.80 |
| | Pier 8 -Sign G20-2 Termina Construccion 50"x20" | $ 444.00 | $ 444.00 | $ - | $ - | $ 444.00 | 100% | $ - | 44.40 |
| | Pier 8 -Sign R9-11A(L) Acera Cerrada Cruce Aqui 24"x12" | $ 96.00 | $ 96.00 | $ - | $ - | $ 96.00 | 100% | $ - | 9.60 |
| | Pier 8 -Sign W11-2 W16-9p Adelante 30"x30" 26"x8 | $ 96.00 | $ 96.00 | $ - | $ - | $ 96.00 | 100% | $ - | 9.60 |
| | Pier 8 -Sign W11-2 W16-7p (L) Adelante 30"x30" 24"x12" | $ 162.00 | $ 162.00 | $ - | $ - | $ 162.00 | 100% | $ - | 16.20 |
| | Pier 8 -Sign R9-9 Acera Cerrada 24"x12" | $ 96.00 | $ 96.00 | $ - | $ - | $ 96.00 | 100% | $ - | 9.60 |
| | Pier 8 -Sign R9-11A(R) Acera Cerrada Cruce Aqui 24"x12" | $ 96.00 | $ 96.00 | $ - | $ - | $ 96.00 | 100% | $ - | 9.60 |
| | Pier 8 -Retroreflective Plastic Drums or Concrete Barriers | $ 1,718.00 | $ - | $ - | $ - | $ - | 0% | $ 1,718.00 | $ - |
| | Traffic Barriers, 20MT102 | $ 20,140.00 | $ 16,900.00 | $ 4,240.00 | $ - | $ 20,140.00 | 100% | $ - | 2,014.00 |
| | Flashing Arrow Panel | $ 2,950.00 | $ - | $ - | $ - | $ - | 0% | $ 2,950.00 | $ - |

# CONTINUATION SHEET

APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached. In the tabulations below, amounts are stated to the nearest dollar. Use Column I on Contracts where variable retainage for line items may apply.

**DOCUMENT G703**

APPLICATION NUMBER: 4
APPLICATION DATE: 28-Sep-11
PERIOD TO: 30-Sep-11
PROJECT NO:

Base Contract - Bahia Urbana Sidewalk and Pier Improvements to Pier 7 & 8

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | **Summary** | | | | | | | | |
| | Pier 8 - Sign W4-2(R) 36"x36" 40"x12", 20MT103 Phase 2 | $ 205.00 | $ - | $ - | $ - | $ - | 0% | $ 205.00 | - |
| | Pier 8 - Sign W4-2(L) 36"x36" 40"x12", 20MT103 Phase 3 | $ 410.00 | $ - | $ - | $ - | $ - | 0% | $ 410.00 | - |
| | Pier 8 - Sign W20-5 Carril Derecho Cerrado 30 mts 36"x36", 20MT103 Phase 2 | $ 169.00 | $ - | $ - | $ - | $ - | 0% | $ 169.00 | - |
| | Pier 8 - Sign W20-5 Carril Izquierdo Cerrado 30 mts 36"x36", 20MT103 Phase 3 | $ 338.00 | $ - | $ - | $ - | $ - | 0% | $ 338.00 | - |
| | Pier 8 - Sign W20-5 Carril Derecho Cerrado 60 mts 36"x36", 20MT103 Phase 2 | $ 169.00 | $ - | $ - | $ - | $ - | 0% | $ 169.00 | - |
| | Pier 8 - Sign W20-5 Carril Izquierdo Cerrado 60 mts 36"x36", 20MT103 Phase 3 | $ 338.00 | $ - | $ - | $ - | $ - | 0% | $ 338.00 | - |
| | Pier 8 - Sign R7-8 Estacionamiento Reservado 18"x18", 20CP105 | $ 198.00 | $ - | $ - | $ - | $ - | 0% | $ 198.00 | - |
| | Pier 8 - Sign R1-1 Pare 30"x30", 20CP105 | $ 280.00 | $ - | $ - | $ - | $ - | 0% | $ 280.00 | - |
| | Handicapped Parking Spaces | $ 400.00 | $ - | $ - | $ - | $ - | 0% | $ 400.00 | - |
| | Pier 8 - 4"H Chain Link Fence Mounted on Temporary Conc Traffic Barriers, 20MT102 | $ 16,160.00 | $ 10,660.00 | $ 4,500.00 | $ - | $ 15,160.00 | 100% | $ - | 1,516.00 |
| | **SUBTOTAL TRAFFIC SIGNS, FENCE:** | $ 44,482.00 | $ 28,567.00 | $ 8,740.00 | $ - | $ 37,307.00 | 84% | $ 7,175.00 | 3,730.70 |
| **17** | **Landscaping** | | | | | | | | |
| | Landscaping | $ 130,463.00 | $ - | $ - | $ - | $ - | 0% | $ 130,463.00 | - |
| | **SUBTOTAL LANDSCAPING:** | $ 130,463.00 | $ - | $ - | $ - | $ - | 0% | $ 130,463.00 | - |
| **18** | **Irrigation** | | | | | | | | |
| | Irrigation (ALLOWANCE) | $ 52,000.00 | $ - | $ - | $ - | $ - | 0% | $ 52,000.00 | - |
| | **SUBTOTAL IRRIGATION:** | $ 52,000.00 | $ - | $ - | $ - | $ - | 0% | $ 52,000.00 | - |
| **19** | **Garden Pylon** | | | | | | | | |
| | Garden Pylon (ALLOWANCE) | $ 168,000.00 | $ - | $ - | $ - | $ - | 0% | $ 168,000.00 | - |
| | Concrete Foundation | $ 5,517.00 | $ - | $ - | $ - | $ - | 0% | $ 5,517.00 | - |
| | Anchor Bolts | $ 1,680.00 | $ - | $ - | $ - | $ - | 0% | $ 1,680.00 | - |
| | **SUBTOTAL GARDEN PYLON:** | $ 175,187.00 | $ - | $ - | $ - | $ - | 0% | $ 175,187.00 | - |



# PAYMENT APPLICATION APPROVAL

| | |
|---|---|
| Date: | November 1, 2011 |
| To: | Mr. Jaime López, Executive Director PRCCDA |
| Project Description: | Pier #7 & #8 Marine and Upland Improvements |
| Contractor: | Q.B. Construction, Inc |
| Payment Application No. | 5 |
| Amount: | $341,187.34 |

On May 19, 2011 Q.B. Construction and FC San Juan Waterfront, LLC (agent for PRCCDA) entered into an Agreement for Construction Services at Piers #7 & #8.

CSA Architects & Engineers, LLP, act as architect for FC San Juan Waterfront, LLC under such agreement.

Miguel A. Bonilla, Inc. act as inspector for FC San Juan Waterfront, LLC under such agreement.

We hereby certify that Invoice No.5 of Q.B Construction, Inc. for $341,187.34 is true and correct and that the materials and/or services were rendered in accordance with the contract.

Luis Javier Rivera
Name / Signature / Date: Nov. 10, 2011
Architect of Record
CSA Architects & Engineers, LLP

Enrique Lazaro Leon
Name / Signature / Date: Nov. 10, 2011
Architect for Construction
Observation Services
CSA Architects & Engineers, LLP

Miguel A. Bonilla
Name / Signature / Date: Nov 10, 2011
Inspector
Miguel A. Bonilla, Inc

Payment Application Approval
Invoice No. 5 – QB Construction, Inc
Pier #7 & #8 Marine and Upland Improvements

Approved by:

Thomas G. Archer _____  Signature _____ 11/7/11 Date

Name

FC San Juan Waterfront, LLC

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702     PAGE 1 of 1

| TO CONSULTANT: | PROJECT: | APPLICATION NO: 5 | Distribution to: |
|---|---|---|---|
| FC SAN JUAN WATERFRONT, LLC<br>1615 L Street, NW Suite 400<br>Washington, DC 20004 | BAHIA URBANA - Sidewalks and<br>Pier Improvements to Pier 7 & 8 | APPLICATION DATE: 26-Oct-11<br>PERIOD TO: 31-Oct-11 | X CONSULTANT<br>   ARCHITECT<br>X CONTRACTOR<br>X CONSULTANT |
| FROM CONTRACTOR:<br>QB CONSTRUCTION, INC.<br>PO Box 362066<br>San Juan, P.R. 00936 | | PROJECT NO: | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM | $13,110,250.00 |
| 2. Net change by Change Orders # 1 | $19,912.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $13,130,162.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $1,704,893.85 |
| 5. RETAINAGE: | |
|    a. 10% of Completed Work (Column D + E on G703) | $170,489.39 |
|    b. 10% of Stored Material (Column F on G703) | $0.00 |
|    Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ 170,489.39 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ 1,534,404.46 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ 1,193,217.12 |
| 8. CURRENT PAYMENT DUE | $ 341,187.34 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ 11,595,757.54 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Design-Builder | $19,912.00 | $0.00 |
| Total approved this Month | $0.00 | $0.00 |
| TOTALS | $19,912.00 | $0.00 |
| NET CHANGES by Change Order | $19,912.00 | |

We certify under penalty of nullity that no public servant of the Authority is a party to or will derive or obtain, or has derived or obtained, any benefit or profit of any kind from the contractual relationship which is the basis of this invoice. If such benefit or profit exists, the required waiver has been obtained prior to entering into the Agreement. The only consideration to be received in exchange for the delivery of goods or for services provided under the Agreement is the agreed-upon price that has been negotiated with an authorized representative from the Authority. The total amount shown on this invoice is true and correct. The products have been delivered, the services have been rendered and no payment has been previously received.

CONTRACTOR: QB CONSTRUCTION, INC.

By: _EDGARDO M. VELEZ_    Date:

State of
Subscribed and sworn before me this 27 day of ____
Notary Public:
My commission expires:

1068

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Consultant certifies to the Contractor that to the best of the Consultant's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......... $ __$341,187.34__

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

CONSULTANT: FC SAN JUAN WATERFRONT, LLC

By: _JON T. GREEN_    Date: 11/01/11

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without Prejudice to any rights of the Consultant or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.
Page 1 of 16

CONTINUATION SHEET  
DOCUMENT G703  

APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached. In the tabulations below, amounts are stated to the nearest dollar. Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 5  
APPLICATION DATE: 26-Oct-11  
PERIOD TO: 31-Oct-11  
PROJECT NO:

Base Contract - Bahia Urbana Sidewalk and Pier Improvements to Pier 7 & 8

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | Summary | | | | | | | | |
| 15 | **Concrete Wheelstops and Site Furnishings** | | | | | | | | |
| | Concrete Wheelstops, 10/20CS501 | $ 1,155.00 | $ - | $ - | $ - | $ - | 0% | $ 1,155.00 | $ - |
| | Mkd 1 Illuminated Concrete Bench Custom, 2/20AS501 | $ 8,000.00 | $ - | $ - | $ - | $ - | 0% | $ 8,000.00 | $ - |
| | Mkd 2 Double Kajen Bench (w/ Arms & Footrest) by Nola for High Tower - SU Frame FSC Certified IPE Wood - Color Natural, 20AS100 | $ 13,478.00 | $ - | $ - | $ - | $ - | 0% | $ 13,478.00 | $ - |
| | Mkd 3 Double Kajen Bench (No Footrest) by Nola for High Tower - SU Frame FSC Certified IPE Wood - Color Natural, 20AS100 | $ 19,470.00 | $ - | $ - | $ - | $ - | 0% | $ 19,470.00 | $ - |
| | Mkd 4 Platform Bench Custom - Polystone, GFRC or Concrete - Color Custom Mix, 20AS100 | $ 9,735.00 | $ - | $ - | $ - | $ - | 0% | $ 9,735.00 | $ - |
| | Mkd 5 Calla Lounge Chair by Stoneyard GFRC- Color Custom Match, 20AS100 | $ 20,988.00 | $ - | $ - | $ - | $ - | 0% | $ 20,988.00 | $ - |
| | Mkd 6 Calla Side Table by Stoneyard GFRC- Color Custom Match, 20AS100 | $ 7,404.00 | $ - | $ - | $ - | $ - | 0% | $ 7,404.00 | $ - |
| | Mkd 7 Planter (M100) by Atelier Vierkant Aluminum - Color Podwecoat, 20AS100 | $ 2,425.00 | $ - | $ - | $ - | $ - | 0% | $ 2,425.00 | $ - |
| | Mkd 8 Planter (UE80) by Atelier Vierkant Fired Clay, 20AS100 | $ 12,552.00 | $ - | $ - | $ - | $ - | 0% | $ 12,552.00 | $ - |
| | Mkd 9 Dune DS-TR Trash by Kornegay Design Precast Concrete, Spun Alum Top w/ Clear Powder coat - Color Nat Gray, 20AS100 | $ 56,925.00 | $ - | $ - | $ - | $ - | 0% | $ 56,925.00 | $ - |
| | **SUBTOTAL WHEELSTOPS & SITE FURNISHINGS:** | $ 152,132.00 | $ - | $ - | $ - | $ - | 0% | $ 152,132.00 | $ - |
| 16 | **Traffic Signs Chain Link Fence over Concrete Barrier and Plastic Drums** | | | | | | | | |
| | Pier 8 -Sign W20-1 Carretera en Construccion Adelante 36"x36", 10MT102 | $ 338.00 | $ 338.00 | $ - | $ - | $ 338.00 | 100% | $ - | $ 33.80 |
| | Pier 8 -Sign W20-1 Carretera en Construccion 60 mts. 36"x36", 10MT102 | $ 338.00 | $ 338.00 | $ - | $ - | $ 338.00 | 100% | $ - | $ 33.80 |
| | Pier 8 -Sign W20-1 Carretera en Construccion 30 mts. 36"x36" | $ 338.00 | $ 338.00 | $ - | $ - | $ 338.00 | 100% | $ - | $ 33.80 |
| | Pier 8 -Sign G20-2 Termina Construccion 50"x20" | $ 444.00 | $ 444.00 | $ - | $ - | $ 444.00 | 100% | $ - | $ 44.40 |
| | Pier 8 -Sign R9-11A(L) Acera Cerrada Cruce Aqui 24"x12" | $ 96.00 | $ 96.00 | $ - | $ - | $ 96.00 | 100% | $ - | $ 9.60 |
| | Pier 8 -Sign W11-2 W16-9p Adelante 30"x30" 26"x8 | $ 96.00 | $ 96.00 | $ - | $ - | $ 96.00 | 100% | $ - | $ 9.60 |
| | Pier 8 -Sign W11-2 W16-7p (L) Adelante 30"x30" 24"x12" | $ 99.00 | $ 99.00 | $ - | $ - | $ 99.00 | 100% | $ - | $ 9.90 |
| | Pier 8 -Sign R9-9 Acera Cerrada 24"x12" | $ 162.00 | $ 162.00 | $ - | $ - | $ 162.00 | 100% | $ - | $ 16.20 |
| | Pier 8 -Sign R9-11A(R) Acera Cerrada Cruce Aqui 24"x12" | $ 96.00 | $ 96.00 | $ - | $ - | $ 96.00 | 100% | $ - | $ 9.60 |
| | Pier 8 -Retorreflective Plastic Drums or Concrete Barriers | $ 1,718.00 | $ - | $ - | $ - | $ - | 0% | $ 1,718.00 | $ - |
| | Traffic Barriers, 20MT102 | $ 20,140.00 | $ 20,140.00 | $ - | $ - | $ 20,140.00 | 100% | $ - | $ 2,014.00 |
| | Pier 8- 4"H Chain Link Fence Mounted on Temporary Conc Flashing Arrow Panel | $ 2,950.00 | $ - | $ - | $ - | $ - | 0% | $ 2,950.00 | $ - |

CONTINUATION SHEET                                      DOCUMENT G703

APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is       APPLICATION NUMBER: 5
attached. In the tabulations below, amounts are stated to the nearest dollar. Use Column I on Contracts    APPLICATION DATE: 26-Oct-11
where variable retainage for line items may apply.                                              PERIOD TO: 31-Oct-11
                                                                                                PROJECT NO:

Base Contract - Bahia Urbana Sidewalk and Pier Improvements to Pier 7 & 8

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | Summary | | | | | | | | |
| | Pier 8 - Sign W4-2(R) 36"x36" 40"x12", 20MT103 Phase 2 | $ 205.00 | $ - | $ - | $ - | $ - | 0% | $ 205.00 | $ - |
| | Pier 8 - Sign W4-2(L) 36"x36" 40"x12", 20MT103 Phase 3 | $ 410.00 | $ - | $ - | $ - | $ - | 0% | $ 410.00 | $ - |
| | Pier 8 - Sign W20-5 Carril Derecho Cerrado 30 mts 36"x36", 20MT103 Phase 2 | $ 169.00 | $ - | $ - | $ - | $ - | 0% | $ 169.00 | $ - |
| | Pier 8 - Sign W20-5 Carril Izquierdo Cerrado 30 mts 36"x36", 20MT103 Phase 3 | $ 338.00 | $ - | $ - | $ - | $ - | 0% | $ 338.00 | $ - |
| | Pier 8 - Sign W20-5 Carril Derecho Cerrado 60 mts 36"x36", 20MT103 Phase 2 | $ 169.00 | $ - | $ - | $ - | $ - | 0% | $ 169.00 | $ - |
| | Pier 8 - Sign W20-5 Carril Izquierdo Cerrado 60 mts 36"x36", 20MT103 Phase 3 | $ 338.00 | $ - | $ - | $ - | $ - | 0% | $ 338.00 | $ - |
| | Pier 8 - Sign R7-8 Estacionamiento Reservado 18"x18", 20CP105 | $ 198.00 | $ - | $ - | $ - | $ - | 0% | $ 198.00 | $ - |
| | Pier 8 - Sign R1-1 Pare 30"x30", 20CP105 | $ 280.00 | $ - | $ - | $ - | $ - | 0% | $ 280.00 | $ - |
| | Handicapped Parking Spaces | $ 400.00 | $ - | $ - | $ - | $ - | 0% | $ 400.00 | $ - |
| | Pier 8 - 4"H Chain Link Fence Mounted on Temporary Conc Traffic Barriers, 20MT102 | $ 15,160.00 | $ 15,160.00 | $ - | $ - | $ 15,160.00 | 100% | $ - | $ 1,516.00 |
| | SUBTOTAL TRAFFIC SIGNS, FENCE: | $ 44,482.00 | $ 37,307.00 | $ - | $ - | $ 37,307.00 | 84% | $ 7,175.00 | $ 3,730.70 |
| 17 | **Landscaping** | | | | | | | | |
| | Landscaping | $ 130,463.00 | $ - | $ - | $ - | $ - | 0% | $ 130,463.00 | $ - |
| | SUBTOTAL LANDSCAPING: | $ 130,463.00 | $ - | $ - | $ - | $ - | 0% | $ 130,463.00 | $ - |
| 18 | **Irrigation** | | | | | | | | |
| | Irrigation (ALLOWANCE) | $ 52,000.00 | $ - | $ - | $ - | $ - | 0% | $ 52,000.00 | $ - |
| | SUBTOTAL IRRIGATION: | $ 52,000.00 | $ - | $ - | $ - | $ - | 0% | $ 52,000.00 | $ - |
| 19 | **Garden Pylon** | | | | | | | | |
| | Garden Pylon (ALLOWANCE) | $ 168,000.00 | $ - | $ - | $ - | $ - | 0% | $ 168,000.00 | $ - |
| | Concrete Foundation | $ 5,517.00 | $ - | $ - | $ - | $ - | 0% | $ 5,517.00 | $ - |
| | Anchor Bolts | $ 1,680.00 | $ - | $ - | $ - | $ - | 0% | $ 1,680.00 | $ - |
| | SUBTOTAL GARDEN PYLON: | $ 175,197.00 | $ - | $ - | $ - | $ - | 0% | $ 175,197.00 | $ - |