Millennium Institute for ANC
PMB 404
100 Grd Blvd. Paseo Suite 112
San Juan, PR 00926

Voice: 787-708-0138
Fax: 787-720-6072

# INVOICE

Exhibit #2

Invoice Number: GLDJ 13-01
Invoice Date: Aug 1, 2015
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Grandvill Lawes Do Joy<br>PO Box 3800<br>Kingshill<br>St. Croix, VI 00851 | Water Spirit Freight Service<br>PO Box 3800<br>Kingshill<br>St. Croix, VI 00851 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| | | Net 10 Days |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 8/11/15 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | Nursing Home<br>01-15 to 02-15-13 | 2,200.00 | 2,200.00 |

| | | |
|---|---|---|
| Subtotal | | 2,200.00 |
| Sales Tax | | |
| Total Invoice Amount | | 2,200.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **2,200.00** |

Check/Credit Memo No: